No. 2,315.—FRANK E. BARNES, RESPONDENT, *v.* GRANITE BI-METALLIC CON. M. CO., APPELLANT.

*Appeal from District Court, Granite County; Geo. B. Winston, Judge.*

Decided November 3, 1906.

PER CURIAM.—The appeal herein is hereby dismissed as settled.

*Mr. W. E. Moore,* for Appellant.

*Mr. W. L. Brown,* for Respondent.

———

No. 2,376.—H. O. LYNG, RESPONDENT, *v.* BART ARMSTRONG, APPELLANT.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

Decided November 26, 1906.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is hereby sustained and the appeal dismissed.

*Mr. F. E. Stranahan,* for Respondent.